UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RORY BOOTHE; ANDRE ANTROBUS,<br><br>        Plaintiffs,<br><br>  -against-<br><br>BOARD OF EDUCATION NYS; NEW YORK CITY,<br><br>        Defendants. | 25-cv-3210 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 3, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 8, 2025
     New York, New York

                 /s/ Kimba M. Wood
                  KIMBA M. WOOD
                United States District Judge